# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TITAN OF LOUISIANA, INC.                                    NO.  2023 CW 0576

VERSUS

STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION, OFFICE OF
COMMUNITY DEVELOPMENT AND
SHAW ENVIRONMENTAL &
INFRASTRUCTURE, INC.                            **OCTOBER 26, 2023**

_____

In Re:    Aptim   Government   Solutions,   LLC   f/k/a   Shaw
          Environmental  &  Infrastructure,  LLC,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 620966.

_____

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

   **WRIT DENIED.** La. Code Civ. P. art. 966(D)(2) states that
any objection to a document shall be raised in a timely filed
opposition or reply memorandum. Contradictory hearings are not
allowed  to  rule  on  objections  except  in  the  case  of  the
qualification and methodology of an expert under La. Code Civ.
P. art. 1425(F).

   In this case, the trial judge should have considered the
objections made and rendered a judgment immediately prior to
rendering its judgment on the merits of the summary judgment. To
allow  hearings  and  rulings  on  objections  in  advance  of  the
hearing on the motion for summary judgment and then having writs
on those rulings heard by the appellate court prior to ruling on
the summary judgment defeats the purpose of the summary judgment
procedure  that  is  "designed  to  secure  the  just,  speedy,  and
inexpensive  determination  of  every  action."  La.  Code  Civ.  P.
art. 966(A)(2).

**GH**
**EW**

   **Welch, J.,** concurs in the result.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT